AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Vincent Armstrong | ) Case No. | |
| | ) | 3:18MJ5419 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**

9:50 am Dec 12 2018

**Clerk U.S. District Court**

**Northern District of Ohio**

**Toledo**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Dec. 11, 2018__ in the county of __Lucas County__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., Section 1001(a) | False Statements |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Sara Pedersen, Special Agent FBI
*Printed name and title*

Sworn to telephonically after being submitted by reliable electronic means.

Date: 12/12/2018

*Judge's signature*

City and state: Toledo, Ohio

James R. Knepp, II, U.S. Magistrate Judge
*Printed name and title*