IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | Case No. 3:19-CR-004-2 |
| Plaintiff, | : | HON. JAMES G. CARR |
| vs. | : | **MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL** |
| Vincent Armstrong, | : | |
| Defendant. | : | |

Pursuant to Local Criminal Rule 49.4, defendant Vincent Armstrong respectfully requests an Order permitting him to file his sentencing memorandum under seal. Mr. Butler intends to file a Sentencing Memorandum in this matter which references portions of his confidential Presentence Investigation Report, and which addresses other confidential matters which should be protected from public disclosure.

Respectfully submitted,

EASTMAN & SMITH LTD.

 /s/ Adam S. Nightingale
Adam S. Nightingale (0079095)
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio  43699-0032
Telephone:   (419) 241-6000
Fax:              (419) 2247-1777
E-Mail:        asnightingale@eastmansmith.com

Attorney for Defendant Vincent Armstrong

5058855.1

## PROOF OF SERVICE

This is to certify that a copy of the foregoing has been filed electronically this 27th day of November, 2019.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

/s/ Adam S. Nightingale
Attorney for Defendant Vincent Armstrong

5058855.1